JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ANGEL VELASQUEZ, | Case No. EDCV 14-00483-DDP (DTB) |
| Petitioner, | **J U D G M E N T** |
| vs. | |
| AMY MILLER, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: September 21, 2015

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE